# Exhibit A

*The Travelers*
*Indemnity Company*
Hartford, Connecticut

DECLARATIONS Comprehensive General Liability Policy Number RKSLG-[26?6?701]

The insurance afforded is only with respect to such and so many of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

**Item 1.** Named Insured — BETHLEHEM STEEL CORPORATION AND/OR ALL CONTRACTORS AND/OR ALL SUBCONTRACTORS

Address
(No. street, town, county, state) — BETHLEHEM PENNSYLVANIA

Location of all premises owned, rented or controlled by named insured
(Enter "same" if same location as above address) — SEE END. ATTACHED

Part occupied by named insured

Interest of named insured in such premises
(Enter "Owner," "General Lessee" or "Tenant")

Business of the named insured is

**Item 2.** Policy Period: From SEPT 1 1965 to SEPT 1 1968    12:01 A.M.
standard time at the address of the named insured as stated herein.

| Item 3. | Coverages | Limits of Liability | | Advance Premiums | |
|---|---|---|---|---|---|
| A. Bodily Injury Liability | | $ 500,000 | each person | $ | The absence of an entry in any premium space shall mean that insurance is not afforded with respect to the coverage opposite such premium space. |
| | | $ 1,000,000 | each accident | | |
| | | $ | aggregate products | | |
| B. Property Damage Liability | | $ 500,000 | each accident | $ | |
| | | $ 500,000 | aggregate operations | | |
| | | $ 500,000 | aggregate protective | | |
| | | $ | aggregate products | | |
| | | $ 500,000 | aggregate contractual | | |

Symbol numbers of endorsements forming a part of the policy at its effective date | Total Advance Premiums | $

**Item 4.** The declarations are completed on attached schedules designated )

**Item 5.** The schedules disclose all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein:

**Item 6.** During the past three years no insurer has canceled insurance, issued to the named insured, similar to that afforded hereunder, unless otherwise stated herein:

Date of Issue 1/13/66 AC

Countersigned by _____

Page 1

PROTECTION BY THE TRAVELERS

# THE TRAVELERS ·

Declarations. Schedule_____          Liability Policy Number_____

Insurance is afforded with respect to each of the hazards designated below unless the statement "Coverage Excluded" is entered with respect thereto; absence of any entry with respect to any hazard indicates that there is no exposure under that hazard on the effective date of the policy. The rating classifications under the Description of Hazards do not modify the exclusions or other terms of this policy.

| Description of Hazards | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| | | | Coverage A | Coverage B | Coverage A | Coverage B |
| (a) Premises—Operations | | (a) Area (Sq. Ft.) (b) Frontage (c) Remuneration | (a) Per 100 Sq. Ft. of Area (b) Per Linear Foot (c) Per $100 of Remuneration | | | |
| SEE END 1721A(F) | | | | | | |
| (b) Elevators  INCLUDED | | Number Insured | Per Elevator | | | |
| (c) Independent Contractors  INCLUDED | | Cost | Per $100 of Cost | | | |
| (d) Products (including Completed Operations)  COVERAGE EXCLUDED | | (a) Sales (b) Receipts | (a) per $1000 of Sales (b) per $1000 of Receipts | | | |
| (e) Contracts as Defined in Condition 3  INCLUDED | | (a) Number Insured (b) Cost | (a) Per Contract (b) Per $100 of Cost | | | |
| | | | Comprehensive Premiums | | $ | $ |
| | | | Total Advance Premiums | | $ | $ |

| | Minimum Premiums | Premises-Ops. | Elevators | Ind. Cont. | Products | Contracts |
|---|---|---|---|---|---|---|
| Date of Issue 1/18/66 AC | Coverage A | $ | $ | $ | $ | $ |
| | Coverage B | $ | $ | $ | $ | $ |

3975A

C-10678  Y-65  PRINTED IN U.S.A.



PROTECTION BY THE TRAVELERS

COMPREHENSIVE GENERAL LIABILITY POLICY

RECORD ONLY
PREMIUM PAID BY

The Travelers Indemnity Company, Hartford, BETHLEHEM STEEL CORPORATION

JOHNSON & HIGGINS
INSURANCE BROKERS
EMPLOYEE, BENEFIT PLAN CONSULTANTS
63 WALL ST., NEW YORK

# The Travelers Indemnity Company
### Hartford, Connecticut

#### (A Stock Insurance Company, Herein Called the Company)

Agrees with the insured, named in the declarations made a part hereof, in consideration of the payment of the premium and in reliance upon the statements in the declarations and subject to the limits of liability, exclusions, conditions and other terms of this policy:

## Insuring Agreements

### I. Coverage A—Bodily Injury Liability

To pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of bodily injury, sickness or disease, including death at any time resulting therefrom, sustained by any person and caused by accident.

### Coverage B—Property Damage Liability

To pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of injury to or destruction of property, including the loss of use thereof, caused by accident.

### II. Defense, Settlement, Supplementary Payments. With respect to such insurance as is afforded by this policy, the company shall:

(a) defend any suit against the insured alleging such injury, sickness, disease or destruction and seeking damages on account thereof, even if such suit is groundless, false or fraudulent; but the company may make such investigation, negotiation and settlement of any claim or suit as it deems expedient;

(b)(1) pay all premiums on bonds to release attachments for an amount not in excess of the applicable limit of liability of this policy, all premiums on appeal bonds required in any such defended suit, but without any obligation to apply for or furnish any such bonds;

(2) pay all expenses incurred by the company, all costs taxed against the insured in any such suit and all interest accruing after entry of judgment until the company has paid or tendered or deposited in court such part of such judgment as does not exceed the limit of the company's liability thereon;

(3) pay expenses incurred by the insured for such immediate medical and surgical relief to others as shall be imperative at the time of the accident;

(4) reimburse the insured for all reasonable expenses, other than loss of earnings, incurred at the company's request;

and the amounts so incurred, except settlements of claims and suits, are payable by the company in addition to the applicable limit of liability of this policy.

### III. Definition of Insured. The unqualified word "insured" includes the named insured and also includes any executive officer, director or stockholder thereof while acting within the scope of his duties as such, and any organization or proprietor with respect to real estate management for the named insured. If the named insured is a partnership, the unqualified word "insured" also includes any partner therein but only with respect to his liability as such.

### IV. Policy Period, Territory. This policy applies only to accidents which occur during the policy period within the United States of America, its territories or possessions, or Canada.

## Exclusions

This policy does not apply:

(a) to liability assumed by the insured under any contract or agreement except (1) a contract as defined herein or (2) as respects the insurance which is afforded for the Products Hazard as defined, a warranty of goods or products;

(b) to any obligation for which the insured may be held liable in an action on a contract or an agreement by a person not a party thereto;

(c) except with respect to operations performed by independent contractors and except with respect to liability assumed by the insured under a contract as defined herein, to the ownership, maintenance, operation, use, loading or unloading of (1) watercraft if the accident occurs away from premises owned by, rented to or controlled by the named insured, except insofar as this part of this exclusion is stated in the declarations to be inapplicable, (2) automobiles if the accident occurs away from such premises or the ways immediately adjoining, or (3) aircraft;

(d) to injury, sickness, disease, death or destruction due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing, with respect to (1) liability assumed by the insured under any contract or agreement or (2) expenses under Insuring Agreement II (b) (3);

(e) to liability imposed upon the insured or any indemnitee, as a person or organization engaged in the business of manufacturing, selling or distributing alcoholic beverages, or as an owner or lessor of premises used for such purposes, by reason of any statute or ordinance pertaining to the sale, gift, distribution or use of any alcoholic beverage;

compensation, unemployment compensation or disability benefits law, or under any similar law;

(g) under Coverage A, except with respect to liability assumed by the insured under a contract as defined herein, to bodily injury to or sickness, disease or death of any employee of the insured arising out of and in the course of his employment by the insured;

(h) under Coverage B, to injury to or destruction of (1) property owned or occupied by or rented to the insured, or (2) except with respect to liability under sidetrack agreements covered by this policy, property used by the insured, or (3) except with respect to liability under such sidetrack agreements or the use of elevators or escalators at premises owned by, rented to or controlled by the named insured, property in the care, custody or control of the insured or property as in which the insured for any purpose is exercising physical control, or (4) any goods, products or containers thereof manufactured, sold, handled or distributed or premises alienated by the named insured, or work completed by or for the named insured, out of which the accident arises;

(i) under Coverage B, to any of the following insofar as any of them occur on or from premises owned by or rented to the named insured and injure or destroy buildings or property therein: (1) the discharge, leakage or overflow of water or steam from plumbing, heating, refrigerating or air-conditioning systems, standpipes for fire hose, or industrial or domestic appliances, or any substance from automatic sprinkler systems, (2) the collapse or fall of tanks or the component parts or supports thereof which form a part of automatic sprinkler systems, or (3) rain or snow admitted directly to the building interior through defective roofs, leaders or spouting, or open or defective doors, windows, skylights, transoms or ventilators; provided, however, this exclusion does not apply to loss due to fire, in the use of electricity or metal ... ...

rymivm. The premium bases and rates for the hazards described in the declarations are stated therein. Premium bases and rates for exposures not so described are those applicable in accordance with the manuals in use by the company.

The advance premium stated in the declarations is an estimated premium only. Upon termination of this policy, the earned premium will be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums applicable to this insurance. If the earned premium thus computed exceeds the estimated advance premium paid, the named insured shall pay the excess to the company; if less, the company shall return to the named insured the unearned portion paid by such insured.

When used as a premium basis:

.) the word "admissions" means the total number of persons, other than employees of the named insured, admitted to the event insured or to events conducted on the premises whether on paid admission tickets, complimentary tickets or passes;

.)} the word "cost" means the total cost to (a) the named insured with respect to operations performed for the named insured during the policy period by independent contractors, or (b) any indemnitee with respect to any contract covered by this policy, of all work let or sub-let in connection with each specific project, including the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the owner, contractor or sub-contractor, including all fees, allowances, bonuses or commissions made, paid or due;

3) the word "receipts" means the gross amount of money charged by the named insured for such operations by the named insured or by others during the policy period as are rated on a receipts basis other than receipts from telecasting, broadcasting or motion pictures, and includes taxes, other than taxes which the named insured collects as a separate item and remits directly to a governmental division;

4) the word "remuneration" means (a) the entire remuneration earned during the policy period by all employees of the named insured, other than drivers of teams or automobiles and aircraft pilots and co-pilots, subject to any overtime earnings or limitation of remuneration rule applicable in accordance with the manuals in use by the company, and subject with respect to each executive officer to a maximum and a minimum of $100 and $30 per week, and (b) the remuneration of each proprietor at a fixed amount of $3,600 per annum;

5) the word "sales" means the gross amount of money charged by the named insured or by others trading under his name for all goods and products sold or distributed during the policy period and charged during the policy period for installation, servicing or repair, and includes taxes, other than taxes which the named insured and such others collect as a separate item and remit directly to a governmental division.

The named insured shall maintain for each hazard records of the information necessary for premium computation on the basis stated in the declarations, and shall send copies of such records to the company at the end of the policy period and at such times during the policy period as the company may direct.

Inspection and Audit. The company shall be permitted to inspect the insured premises, operations and elevators and to examine and audit the insured's books and records at any time during the policy period and any extension thereof and within three years after the final termination of this policy, as far as they relate to the premium bases or the subject matter of this insurance.

### Definitions.

) Contract. The word "contract" means, if in writing, a lease of premises, easement agreement, agreement required by municipal ordinance, sidetrack agreement, or elevator or escalator maintenance agreement.

) Automobile. The word "automobile" means a land motor vehicle, trailer or semitrailer, provided:

(1) The following described equipment shall be deemed an automobile while towed by or carried on an automobile not so described, but not otherwise: if of the crawler-type, any tractor, power crane or shovel, ditch or trench digger; any farm-type tractor; any concrete mixer other than the mix-in-transit type; any grader, scraper, roller or farm implement; and, if not subject to motor vehicle registration, any other equipment not specified in (2) below, which is designed for use principally off public roads.

(2) The following described equipment shall be deemed an automobile while towed by or carried on an automobile as above defined solely for purposes of transportation or while being operated solely for locomotion, but not otherwise: if of the non-crawler type, any power crane or shovel, ditch or trench digger; and any air-compressing, building or vacuum cleaning, spraying or welding equipment or well drilling machinery.

.. Products Hazard. The term "products hazard" means the

damages for care and loss of services, arising out of bodily injury, sickness or disease, including death at any time resulting therefrom, sustained by two or more persons as the result of any one accident.

**5. Limits of Liability—Products.** Subject to the limit of liability with respect to "each accident," the limits of bodily injury liability and property damage liability stated in the declarations as "aggregate products" are respectively the total limits of the company's liability for all damages arising out of the products hazard. All such damages arising out of one lot of goods or products prepared or acquired by the named insured or by another trading under his name shall be considered as arising out of one accident.

**6. Limits of Liability.** The limit of property damage liability Coverage B stated in the declarations as applicable to "each accident" is the total limit of the company's liability for all

damages arising out of injury to or destruction of all property of one or more persons or organizations, including the loss of use thereof, as the result of any one accident.

Subject to the limit of liability with respect to "each accident," the limit of property damage liability stated in the declarations as "aggregate operations" is the total limit of the company's liability for all damages arising out of injury to or destruction of property, including the loss of use thereof, caused by the ownership, maintenance or use of premises or operations rated on a remuneration premium basis or by contractors' equipment rated on a receipts premium basis.

Subject to the limit of liability with respect to "each accident," the limit of property damage liability stated in the declarations as "aggregate protective" is the total limit of the company's liability for all damages arising out of injury to or destruction of property, including the loss of use thereof, caused by operations performed for the named insured by independent contractors or general supervision thereof by the named insured, except (a) maintenance and repairs at premises owned by or rented to the named insured and (b) structural alterations at such premises which do not involve changing the size of or moving buildings or other structures.

Subject to the limit of liability with respect to "each accident," the limit of property damage liability stated in the declarations as "aggregate contractual" is the total limit of the company's liability for all damages arising out of injury to or destruction of property, including the loss of use thereof, with respect to liability assumed by the insured under contracts covered by this policy in connection with operations for which there is an "aggregate operations" limit of property damage liability stated in the declarations.

The limits of property damage liability stated in the declarations as "aggregate operations," "aggregate protective" and "aggregate contractual" apply separately to each project with respect to operations being performed away from premises owned by or rented to the named insured.

**7. Severability of Interests.** The term "the insured" is used severally and not collectively, but the inclusion herein of more than one insured shall not operate to increase the limits of the company's liability.

**8. Notice of Accident.** When an accident occurs written notice shall be given by or on behalf of the insured to the company or any of its authorized agents as soon as practicable. Such notice shall contain particulars sufficient to identify the insured and also reasonably obtainable information respecting the time, place and circumstances of the accident, the names and addresses of the injured and of available witnesses.

**9. Notice of Claim or Suit.** If claim is made or suit is brought against the insured, the insured shall immediately forward to the company every demand, notice, summons or other process received by him or his representative.

**10. Assistance and Cooperation of the Insured.** The insured shall cooperate with the company and, upon the company's request, shall attend hearings and trials and shall assist in effecting settlements, securing and giving evidence, obtaining the attendance of witnesses and in the conduct of suits. The insured shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense other than for such immediate medical and surgical relief to others as shall be imperative at the time of accident.

**11. Action Against Company.** No action shall lie against the company unless, as a condition precedent thereto, the insured shall have fully complied with all the terms of this policy, nor until the amount of the insured's obligation to pay shall have been finally determined either by judgment against the insured after actual trial or by written agreement of the insured, the claimant and the company.

Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. Nothing contained in this policy shall give any person or organization any right to join the company or to en

Dept. of "Contract"

above defined solely for purposes of transportation or while being operated solely for locomotion, but not otherwise; if of the non-crawler type, any power crane or shovel, ditch or trench digger; and any air-compressing, building or vacuum cleaning, spraying or welding equipment or well drilling machinery.

(c) **Products Hazard.** The term "products hazard" means

  (1) goods or products manufactured, sold, handled or distributed by the named insured or by others trading under his name, if the accident occurs after possession of such goods or products has been relinquished to others by the named insured or by others trading under his name and if such accident occurs away from premises owned, rented or controlled by the named insured or on premises for which the classification stated in division (a) of the declarations excludes any part of the foregoing; provided, such goods or products shall be deemed to include any container thereof, other than a vehicle, but shall not include any vending machine or any property, other than such container, rented to or located for use of others but not sold;

  (2) operations, if the accident occurs after such operations have been completed or abandoned and occurs away from premises owned, rented or controlled by the named insured; provided, operations shall not be deemed incomplete because improperly or defectively performed or because further operations may be required pursuant to an agreement; provided further, the following shall not be deemed to be "operations" within the meaning of this paragraph: (a) pick-up or delivery, except from or onto a railroad car, (b) the maintenance of vehicles owned or used by or in behalf of the insured, (c) the existence of tools, uninstalled equipment and abandoned or unused materials and (d) operations for which the classification stated in division (x) of the declarations specifically includes completed operations.

(d) **Assault and Battery.** Assault and battery shall be deemed an accident unless committed by or at the direction of the insured.

**4. Limits of Liability.** The limit of bodily injury liability stated in the declarations as applicable to "each person" is the limit of the company's liability for all damages, including damages for care and loss of services, arising out of bodily injury, sickness or disease, including death at any time resulting therefrom, sustained by one person as the result of any one accident; the limit of such liability stated in the declarations as applicable to "each accident" is, subject to the above provision respecting each person, the total limit of the company's liability for all damages, including

or by written agreement of the insured, the claimant and the company.

Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. Nothing contained in this policy shall give any person or organization any right to join the company as a co-defendant in any action against the insured to determine the insured's liability.

Bankruptcy or insolvency of the insured or of the insured's estate shall not relieve the company of any of its obligations hereunder.

**12. Other Insurance.** If the insured has other insurance against a loss covered by this policy the company shall not be liable under this policy for a greater proportion of such loss than the applicable limit of liability stated in the declarations bears to the total applicable limit of liability of all valid and collectible insurance against such loss.

**13. Subrogation.** In the event of any payment under this policy, the company shall be subrogated to all the insured's rights of recovery therefor against any person or organization and the insured shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The insured shall do nothing after loss to prejudice such rights.

**14. Three Year Policy.** A policy period of three years is comprised of three consecutive annual periods. Computation and adjustment of earned premium shall be made at the end of each annual period. Aggregate limits of liability as stated in this policy shall apply separately to each annual period.

**15. Changes.** Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy or estop the company from asserting any right under the terms of this policy; nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy, signed by the President, a Vice President, Secretary or Assistant Secretary of the company; provided, however, changes may be made in the written portion of the declarations by a manager or general agent of the company when initialed by such manager or general agent.

**16. Assignment.** Assignment of interest under this policy shall not bind the company until its consent is endorsed hereon; if, however, the named insured shall die, this policy shall cover the named insured's legal representative as named insured; provided that notice of cancellation addressed to the insured named in the declarations

(Continued on page 3)

Page 3

... ..... in the address shown in this policy shall be sufficient ..... in effect cancellation of this policy.

17. **Cancellation.** This policy may be canceled by the named insured by mailing to the company written notice stating when thereafter cancellation shall be effective. This policy may be canceled by the company by mailing to the named insured at the address shown in this policy written notice stating when not less than ten days thereafter such cancellation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The effective date and hour of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the named insured or by the company shall be equivalent to mailing.

If the named insured cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancellation is effected or as soon as practicable after cancellation becomes effective, but payment or tender of unearned premium is not a condition of cancellation.

18. **Declarations.** By acceptance of this policy the named insured agrees that the statements in the declarations are his agreements and representations, that this policy is issued in reliance upon the truth of such representations and that this policy embodies all agreements existing between himself and the company or any of its agents relating to this insurance.

In witness whereof, THE TRAVELERS INDEMNITY COMPANY has caused this policy to be signed by its President and Secretary at Hartford, Connecticut, and countersigned on the declarations page by a duly authorized agent of the company.

Secretary                                                               President

G A T E.

1-1364  X4. July 1955 printed in U.S.A. 263

## BROAD FORM PROPERTY DAMAGE COVERAGE

Amending Policy No. PSLG 2684 01

It is agreed that exclusion (h) of the policy is replaced by the following:

(h) Under Coverage B,

1. to injury to or destruction of property owned or occupied by or rented to the insured, property held by the insured for sale or property entrusted to the insured for storage or safekeeping, or

2. except with respect to liability under sidetrack agreements covered by this policy or the use of elevators or escalators at premises owned, rented or controlled by the insured, to injury to or destruction of

    (i) property while on premises owned by or rented to the insured for the purpose of having operations performed on such property by or on behalf of the insured,

    (ii) tools or equipment while being used by the insured in performing his operations,

    (iii) property in the custody of the insured which is to be installed, erected or used in construction by the insured,

    (iv) that particular part of any property, not on premises owned by or rented to the insured,

        (a) upon which operations are being performed by or on behalf of the insured at the time of the injury thereto or destruction thereof, arising out of such operations, or

        (b) out of which any injury or destruction arises, or

        (c) the restoration, repair or replacement of which has been made or is necessary by reason of faulty workmanship thereon by or on behalf of the insured,

    (v) property which is being transported by the insured by motor vehicle or team, including the loading or unloading thereof.

3. to injury or destruction of any goods, products or containers thereof manufactured, sold, handled or distributed or premises alienated by the named insured, or work completed by or for the named insured, out of which the accident arises.

THE TRAVELERS INDEMNITY COMPANY

*President*

4071

C-7633  7-56  PRINTED IN U.S.A.

EXCLUSION OF PRODUCTS HAZARD

It is agreed that the policy does not apply to the Products Hazard as defined therein.

This endorsement is executed by The Travelers Insurance Company as respects insurance afforded by that company only; it is executed by The Travelers Indemnity Company as respects insurance afforded by that company only.

THE TRAVELERS INSURANCE COMPANY                    THE TRAVELERS INDEMNITY COMPANY

39988                          _Secretary_                              _Secretary_

C-9213  3-61  PRINTED IN U.S.A. N.S.

## PERIODICAL PREMIUM PAYMENT

1. Deposit Premium—In lieu of the payment in advance of the entire advance premium stated in this Policy, the Employer or Insured shall pay upon delivery of this Policy the sum expressed in the Declarations and hereinafter referred to as the deposit premium.

2. Premium Adjustment Days—Such one of the following sections of this endorsement applies as is indicated by entry of the endorsement symbol number 3578 and section symbol in the space in the Declarations of the Policy for "Symbol numbers of endorsements forming a part of the Policy on its effective date."

   Section M (3578M)—Monthly—A date one calendar month after the date upon which this Policy Period begins shall be known as the first adjustment day and the corresponding date of each successive month thereafter, including the date of expiration of this Policy Period, shall be known as adjustment days.

   Section Q (3578Q)—Quarterly—A date three calendar months after the date upon which this Policy Period begins shall be known as the first adjustment day and the corresponding date of each successive third month thereafter, including the date of expiration of this Policy Period, shall be known as adjustment days.

   Section S (3578S)—Semi-annual—A date six calendar months after the date upon which this Policy Period begins shall be known as the first adjustment day and the corresponding date of each successive sixth month thereafter, including the date of expiration of this Policy Period, shall be known as adjustment days.

3. Premium Due on Adjustment Days—Upon the first and all succeeding adjustment days, there shall be a further premium immediately due the Company when determined either by audit, as provided in the Policy, or by written statement to be furnished by the Employer or Insured upon written request exhibiting the basis for premium computation as set forth in the Policy. The acceptance of such a statement of premium basis by the Company or the receipt of premium thereon shall not operate as a waiver of the Company's right to audit the books of the Employer or Insured as provided in the Policy.

4. Application of Deposit Premium—The deposit premium shall be applied to the last settlement only. The provisions of this endorsement shall apply to any extension of this Policy Period.

This endorsement is executed by The Travelers Insurance Company as respects insurance afforded by that company only; it is executed by The Travelers Indemnity Company as respects insurance afforded by that company only.

THE TRAVELERS INSURANCE COMPANY

3578        _Secretary_

THE TRAVELERS INDEMNITY COMPANY

_Secretary_

C-5129  649  PRINTED IN U.S.A.

## CONTRACTUAL LIABILITY COVERAGE ENDORSEMENT

The company agrees with the named insured, in consideration of the payment of the premium and in reliance upon the statements in the declarations and in the schedule below and subject to the limits of liability, exclusions, conditions and other terms of this endorsement:

### Insuring Agreements

**I.** **Coverage Y—Contractual Bodily Injury Liability**

To pay on behalf of the insured all sums which the insured, by reason of the liability assumed by him under any written contract designated in the schedule below, shall become legally obligated to pay as damages because of bodily injury, sickness or disease, including death at any time resulting therefrom, sustained by any person and caused by accident.

**Coverage Z—Contractual Property Damage Liability**

To pay on behalf of the insured all sums which the insured, by reason of the liability assumed by him under any written contract designated in the schedule below, shall become legally obligated to pay as damages because of injury to or destruction of property, including the loss of use thereof, caused by accident.

**II.** **Defense, Settlement, Supplementary Payments.** The provisions of Insuring Agreement II of the policy, other than paragraph (b) (3) thereof, are applicable to the insurance afforded under this endorsement. With respect to such injury, sickness, disease or destruction as is covered by the terms of this endorsement, the company also shall defend an arbitration proceeding wherein an indemnitee under a written contract designated in the schedule below seeks damages against the insured on account thereof, and wherein the company is entitled to exercise the insured's rights in the choice of arbitrators and in the conduct of such arbitration proceedings.

**III.** **Definition of Insured.** The provisions of Insuring Agreement III of the policy are applicable to the insurance afforded under this endorsement.

**IV.** **Endorsement Period, Territory.** This endorsement applies only to accidents which occur on and after the effective date hereof, during the policy period and within the United States of America, its territories or possessions, or Canada.

### Exclusions

**1.** The provisions of the nuclear energy exclusion applicable to the Liability Coverages afforded by the policy are applicable to the insurance afforded under this endorsement.

**2.** This endorsement does not apply:

(a) to liability for any warranty of goods or products;

(b) to damages awarded in arbitration other than an arbitration proceeding as described in Insuring Agreement II of this endorsement but this exclusion shall not apply as respects a lease of premises, easement agreement, agreement required by municipal ordinance, sidetrack agreement or elevator or escalator maintenance agreement;

(c) to any obligation for which the insured may be held liable in an action on a contract by a person not a party thereto;

(d) if the insured or indemnitee is an architect, engineer or surveyor, to injury, sickness, disease, death or destruction arising out of defects in maps, plans, designs or specifications, prepared, acquired or used by the insured or indemnitee;

(e) to injury, sickness, disease, death or destruction due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing;

(f) to liability imposed upon any indemnitee, as a person or organization engaged in the business of manufacturing, selling or distributing alcoholic beverages, or as an owner or lessor of premises used for such purposes, by reason of any statute or ordinance pertaining to the sale, gift, distribution or use of any alcoholic beverage;

(g) under Coverage Y, to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(h) under Coverage Z, to injury to or destruction of (1) property owned or occupied by or rented to the insured, or (2) except with respect to liability under sidetrack agreements covered by this endorsement, property used by or in the care, custody or control of the insured or property as to which the insured for any purpose is exercising physical control;

(i) under Coverage Z, to injury to or destruction of any goods, products or containers thereof manufactured, sold, handled or distributed or premises alienated by the named insured, or work completed by or for the named insured, out of which the accident arises.

(j) under Coverage Z, to injury to or destruction of buildings or property therein, wherever occurring, arising out of any of the following causes, if such cause occurs on or from premises owned by or rented to the named insured: (1) the discharge, leakage or overflow of water or steam from plumbing, heating, refrigerating or air-conditioning systems, standpipes for fire hose, or industrial or domestic appliances, or any substance from automatic sprinkler systems, (2) the collapse or fall of tanks or the component parts or supports thereof which form a part of automatic sprinkler systems, or (3) rain or snow admitted directly to the building interior through defective roofs, leaders or spouting, or open or defective doors, windows, skylights, transoms or ventilators; but this exclusion does not apply to loss due to fire.

### Conditions

**1.** **Policy Conditions.** All of the Conditions of the policy which would apply to the bodily injury liability or property damage liability coverages thereof shall apply to the insurance under this endorsement except those respecting "Premium," "Definitions," "Limits of Liability" and "Assistance and Cooperation of the Insured."

**2.** **Limits of Liability**

(a) **Coverage Y.** The limit of contractual bodily injury liability stated in the schedule below as applicable to "each person" is the limit of the company's liability for all damages, including damages for care and loss of services, arising out of bodily injury, sickness or disease, including death at any time resulting therefrom, sustained by one person as the result of any one accident, the limit of such liability stated in the schedule below as applicable to "each accident" is, subject to the above provision respecting each person, the total limit of the company's liability for all damages, including damages for care and loss of services, arising out of bodily injury, sickness or disease, including death at any time resulting therefrom, sustained by two or more persons as the result of any one accident.

(b) **Coverage Z.** The limit of contractual property damage liability stated in the schedule below as applicable to "each accident" is the total limit of the company's liability for all damages arising out of injury to or destruction of all property of one or more persons or organizations, including the loss of use thereof, as the result of any one accident; the limit of such liability stated in the schedule below as "aggregate" is, subject to the above provision respecting "each accident," the total limit of the company's liability for all damages. Said aggregate limit applies separately to each project with respect to operations being performed away from premises owned by or rented to the named insured.

(c) The inclusion herein of more than one insured shall not operate to increase the limits of the company's liability.

**3.** **Assistance and Cooperation of the Insured.** The insured shall cooperate with the company and, upon the company's request, shall attend hearings and trials and shall assist in effecting settlements, securing and giving evidence, obtaining the attendance of witnesses and in the conduct of suits and arbitration proceedings covered hereunder. The insured shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense.

**4.** **Premium.** The premium bases and rates for the contracts described in the schedule below are stated therein. The premium with respect to which "cost" is the basis, is an estimated premium only. Upon termination of this endorsement, the earned premium shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums.

(Continued on Page 2)

J445C

Page 2

applicable to this insurance. If the earned premium thus computed exceeds the estimated advance premium paid, the named insured shall pay the excess to the company; if less, the company shall return to the named insured the unearned portion paid by such insured. When used as a premium basis the word "cost" means the total cost to any indemnitee of all work let or sub-let in connection with each specific project, including the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the owner, contractor or subcontractor, including all fees, allowances, bonuses or commissions made, paid or due.

5.  Schedule. The insurance afforded under this endorsement is only with respect to such and so many of the following coverages as are indicated by specific limits of liability.

| Coverages | Limits of Liability |
|---|---|
| Y  Contractual Bodily Injury Liability | $ 500,000 each person |
| | $1,000,000 each accident |
| Z  Contractual Property Damage Liability | $ 500,000 each accident |
| | $ 500,000 aggregate |

| | | | | Advance Premiums | |
|---|---|---|---|---|---|
| Designation of Contracts | Premium Bases | | Rates | Cov. Y | Cov. Z |
| (1) CONTRACTS BETWEEN | (a)  Number Insured | | (a)  Per Contract | | |
| BETHLEHEM STEEL CORPORATION | (b)  Cost | | (b)  Per $100 of Cost | | |
| AND THEIR CONTRACTORS. | | | Cov. Y    Cov. Z | | |
| (2) CONTRACTS BETWEEN | | | | | |
| CONTRACTORS | | | | | |

Total Advance Premium for this Endorsement:    $          $

Amending Policy No. 9ISLG-2686701

(The information provided for immediately below is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

Effective from _____    Date of Issue _____
At 12:01 A.M. Standard Time

Issued to _____

THE TRAVELERS INDEMNITY COMPANY                    THE CHARTER OAK FIRE INSURANCE COMPANY

_____                              _____
Secretary                                              Secretary

| For Company Use Only | DATE OF EXPIRATION | KIND OF EQUIPMENT | LOCATION OF RISK | OFFICE AND NAME OF AGENT |
|---|---|---|---|---|
| | | | | |

C-10025   6-63   PRINTED IN U.S.A.   N.B. (A&C 496)   963                                    H43G

PERSONAL INJURY LIABILITY COVERAGE ENDORSEMENT          1721A (916C)

Effective from_____ Amending Policy numbered _3IDLG-2685 01_

_____ At 12:01 A.M. Standard Time

Issued to_____

Date of Issue _____

Office_____ Producer_____

(The information provided for above is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

SCHEDULE

The insurance afforded is only with respect to such of the following hazards as are indicated by specific premium charge or charges.

| Hazards | Premium |
|---|---|
| A. False arrest, wilful detention or imprisonment, or malicious prosecution | $ |
| B. Libel, slander or defamation of character | $ |
| C. Invasion of privacy, wrongful eviction or wrongful entry | $ |
| Minimum Premium  $ | Total Premium   $ |

Limits of Liability:  $  500,000          each person aggregate
                         1,000,000          endorsement aggregate

Insured's participation ____NONE_____ %

Named insured's business ___NOT STATED_____

The premium stated in the Schedule is an estimated premium only. Upon termination of this policy, the earned premium for each of the hazards for which insurance is afforded shall be the following percentages of the basic limits "Owners', Landlords' and Tenants'" and "Manufacturers' and Contractors'" earned bodily injury liability premium.

Hazard A _____

Hazard B _____

Hazard C _____

The premium developed as per above shall be subject to an increased limits of liability factor of_____

The Travelers Indemnity Company agrees with the named insured, in consideration of the payment of the premium and in reliance upon the statements in the declarations and subject to all of the terms of this endorsement:

1721A
(916C)

| For Company Use Only | DATE OF EXP. | MODE OF ADJ. | LOCATION OF RISK | |
|---|---|---|---|---|
| | | | | |

C-444Y PRINTED IN U.S.A.  1263

(Continued on Page 2)

Personal Injury Liability Endorsement (Contd.)                    1721A (916C)  Page 2

## INSURING AGREEMENTS

### I. Personal Injury Liability Coverage

To pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of injury sustained by any person or organization and arising out of the following hazards in the conduct of the named insured's business designated in the Schedule, and the company shall defend any suit against the insured alleging such injury and seeking damages which are payable under the terms of this endorsement, even if any of the allegations of the suit are groundless, false or fraudulent; but the company may make such investigation and settlement of any claim or suit as it deems expedient:

Hazard A False arrest, wilful detention or imprisonment, or malicious prosecution

Hazard B Libel, slander or defamation of character

Hazard C Invasion of privacy, wrongful eviction or wrongful entry

### II. Supplementary Payments

To pay, in addition to the applicable limits of liability:

(1) all expenses incurred by the company, all costs taxed against the insured in any defended suit and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the company's liability thereon;

(2) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments for an amount not in excess of the applicable limit of liability of this endorsement, but without any obligation to apply for or furnish any such bonds;

(3) all reasonable expenses, other than loss of earnings, incurred by the insured at the company's request.

### III. Definition of Insured

The unqualified word "insured" includes the named insured and also includes any executive officer, director or stockholder thereof while acting within the scope of his duties as such. If the named insured is a partnership, the unqualified word "insured" also includes any partner therein but only with respect to his liability as such. The insurance afforded under this endorsement applies separately to each insured against whom claim is made or suit is brought, but the inclusion herein of more than one insured shall not operate to increase the limits of the company's liability.

### IV. Endorsement Period, Territory

This endorsement applies only to injury occurring on and after the effective date hereof, during the policy period and within the United States of America, its territories or possessions, or Canada.

## EXCLUSIONS

1. The provisions of the nuclear energy exclusion applicable to the Liability Coverages afforded by the policy are applicable to the insurance afforded under this endorsement.

2. This endorsement does not apply:

c (a) to liability assumed by the insured under any contract or agreement;

(b) to injury caused by the wilful violation of a penal statute or ordinance committed by or with the knowledge or consent of the insured;

(c) to injury arising out of any advertising, broadcasting or telecasting activities by or for the insured;

(d) to injury sustained by any person as the result of an offense directly or indirectly related to the employment of such person by any insured.

° NOT APPLICABLE

1721A
(916C)                                      (Continued on Page 3)

Personal Injury Liability Coverage Endorsement (Contd.)    1721A (915C)  Page 3

## CONDITIONS

1. Policy Conditions

The conditions of the policy captioned "Inspection and Audit," "Notice of Claim or Suit," "Assistance and Cooperation of the Insured," "Action Against Company," "Other Insurance," "Subrogation," "Three Year Policy," "Changes," "Assignment," "Cancelation" and "Declarations" apply to the insurance afforded by this endorsement.

2. Premium

The earned premium for this endorsement shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums, applicable to this insurance.

3. Notice of Injury or Occurrence

In the event of injury to, which this endorsement applies or of an occurrence which may give rise to a claim therefor, written notice shall be given by or on behalf of the insured to the company or any of its authorized agents as soon as practicable. Such notice shall contain particulars sufficient to identify the insured and also reasonably obtainable information respecting the time, place and circumstances of the occurrence, the names and addresses of the injured and of available witnesses.

4. Insured's Participation

If a participation percentage is stated in the Schedule for the insured, the company shall not be liable for a greater proportion of any loss than the difference between such percentage and one hundred per cent, and the balance of the loss shall be borne by the insured; provided, the company may pay the insured's said proportion of a loss to effect settlement of the loss and, upon notification of the action taken, the named insured shall promptly reimburse the company therefor.

5. Limits of Liability

The limit of liability stated in the Schedule as applicable to "each person aggregate" is the limit of the company's liability under this endorsement for all damages arising out of one or more injuries sustained by the same person or organization during the endorsement period; the limit of liability stated in the Schedule as "endorsement aggregate" is, subject to the above provision respecting "each person aggregate," the total limit of the company's liability under this endorsement for all damages.

Changes affecting insurance afforded by The Travelers Insurance Company are executed for that company only. Changes affecting insurance afforded by The Travelers Indemnity Company are executed for that company only.

THE TRAVELERS INSURANCE COMPANY                    THE TRAVELERS INDEMNITY COMPANY

Secretary                                          Secretary

1721A
(915C)

Countersigned by

1721A (A)

Effective from _____ Amending Policy numbered RKSLG-2686701

At 18:01 A.M. Standard Time

Issued to _____

Date of issue _____

Office _____ Producer _____

(The information provided for above is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

SUCH INSURANCE AS IS AFFORDED UNDER COVERAGE A BODILY INJURY LIABILITY AND COVERAGE B PROPERTY DAMAGE LIABILITY WILL NOT APPLY WITH RESPECT TO DAMAGES ARISING OUT OF THE OPERATION OF ANY PLANT, MILL OR PERMANENT FACILITY ON PREMISES OWNED BY BETHLEHEM STEEL CORPORATION AT:

SPARROWS POINT PLANT, SPARROWS POINT, MARYLAND
SPARROWS POINT YARD, SPARROWS POINT, MARYLAND
KEY HIGHWAY YARD, BALTIMORE, MARYLAND
FORT MC HENRY YARD, BALTIMORE, MARYLAND

Changes affecting insurance afforded by The Travelers Insurance Company are executed for that company only. Changes affecting insurance afforded by The Travelers Indemnity Company are executed for that company only.

THE TRAVELERS INSURANCE COMPANY

THE TRAVELERS INDEMNITY COMPANY

Secretary

Secretary

1721A (A)

Countersigned by _____



1721A (3)

Effective from _____ At 12.01 A.M. Standard Time. Amending Policy numbered RKSLG-2686701

Issued to _____

Date of Issue _____

Office _____ Producer _____

(The information provided for above is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

SUCH INSURANCE AGAINST LOSS COVERED BY THIS POLICY AND DUE TO THE OPERATION, MAINTENANCE AND USE OF AUTOMOBILES BY INDEPENDENT CONTRACTORS SHALL BE EXCESS OVER ANY OTHER VALID AND COLLECTIBLE INSURANCE FOR SUCH LOSS.

Changes affecting insurance afforded by The Travelers Insurance Company are executed for that company only. Changes affecting insurance afforded by The Travelers Indemnity Company are executed for that company only.

THE TRAVELERS INSURANCE COMPANY        THE TRAVELERS INDEMNITY COMPANY

1721A (B)

Countersigned by _____

1721A (C)

Effective from _____ Amending Policy numbered RKSLG-2686701

Issued to _____

Date of issue _____

Office _____ Producer _____

(The information provided for above is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

CONDITION 7 OF THE POLICY IS AMENDED AS FOLLOWS:

THE TERM "THE INSURED" IS USED SEVERALLY AND NOT COL-LECTIVELY. IT IS FURTHER AGREED THAT THE COMPANY'S LIMITS OF LIABILITY SPECIFIED IN ITEM 3 OF THE POLICY DECLARATIONS, CONDITION 5 OF THE CONTRACTUAL LIABILITY COVERAGE ENDORSEMENT(3905G) AND IN PERSONAL INJURY LIABILITY COVERAGE ENDORSEMENT 1721A(916C) SHALL APPLY SEPARATELY FOR EACH INTEREST INSURED.

Changes affecting insurance afforded by The Travelers Insurance Company are executed for that company only. Changes affecting insurance afforded by The Travelers Indemnity Company are executed for that company only.

THE TRAVELERS INSURANCE COMPANY

_____ Secretary

1721A (C)

THE TRAVELERS INDEMNITY COMPANY

_____ Secretary

Countersigned by _____

For Company Use Only

LIMIT OF LIABILITY



IT IS AGREED THAT EXCLUSION (B) OF THE POLICY AND EXCLUSION 2(C) OF ENDORSEMENT FORM 39850 ARE ELIMINATED.

1721A(E)

Effective from _____ Amending Policy numbered BKSI G-26K5Y01 _____

At 11:01 A.N. Standard Time

Issued to _____

Date of Issue _____-_____

Office_____ Producer _____

(The information provided for above is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

## LIMITATION OF POLICY TO DESIGNATED LOCATION

IT IS AGREED THAT THIS POLICY APPLIES ONLY TO PREMISES DESIGNATED BELOW AND TO OPERATIONS NECESSARY OR INCIDENTAL THERETO.

SPARROWS POINT PLANT, SPARROWS POINT, MARYLAND

SPARROWS POINT YARD, SPARROWS POINT, MARYLAND

KEY HIGHWAY YARD, BALTIMORE, MARYLAND

FORT MC HENRY YARD, BALTIMORE, MARYLAND

Changes affecting insurance afforded by The Travelers Insurance Company are executed for that company only. Changes affecting insurance afforded by The Travelers Indemnity Company are executed for that company only.

THE TRAVELERS INSURANCE COMPANY

. Secretary

1721A(E)

THE TRAVELERS INDEMNITY COMPANY

Secretary

Countersigned by_____

| For Company Use Only | DATE OF EXP. | NAME OF ASS. | LOCATION OF RISK |
|---|---|---|---|

C-4667 PRINTED IN U.S.A.  1263

1721A

Effective from _____ Amending Policy numbered _____

At 12:01 A.M., Standard Time

Issued to _____

Date of Issue _____

Office _____ Producer _____

(The information provided for above is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

## COMPOSITE RATE ENDORSEMENT

1. THE PREMIUM FOR THE POLICY IS TO BE BASED UPON THE ENTIRE REMUNERATION EARNED DURING THE POLICY PERIOD BY ALL EMPLOYEES OF THE NAMED INSURED DETERMINED IN ACCORDANCE WITH THE WORKMEN'S COMPENSATION AND EMPLOYERS LIABILITY MANUAL IN USE BY THE COMPANY.

2. THE EARNED PREMIUM SHALL BE COMPUTED IN ACCORDANCE WITH THE POLICY AND THIS ENDORSEMENT.

3. THE LIMITS OF LIABILITY EXPRESSED IN THIS POLICY ARE IN NO EVENT CUMULATIVE WITH THE LIMITS OF LIABILITY EXPRESSED IN ANY OTHER LIABILITY POLICY ISSUED BY THE COMPANY TO THE NAMED INSURED.

HAZARD

GENERAL
LIABILITY 9880

ESTIMATED
TOTAL ANNUAL
REMUNERATION
TO BE
DETERMINED

Changes affecting insurance afforded by The Travelers Insurance Company are executed for that company only. Changes affecting insurance afforded by The Travelers Indemnity Company are executed for that company only.

THE TRAVELERS INSURANCE COMPANY

1721A (F.)

_Secretary_

THE TRAVELERS INDEMNITY COMPANY

_Secretary_

Countersigned by _____

| For Company Use Only | DATE OF LIAB. | CODE OF ADJ. | LOCATION OF RISK |
|---|---|---|---|
| | | | |

C-444Y PRINTED IN U.S.A. 1263

1721A (G)

Effective from_____ Amending Policy numbered ___RKSLG-2686701___
At 12:01 A.M. Standard Time

Issued to _____
Date of Issue _____
Office_____ Producer_____

(The information provided for above is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

## OCCURRENCE
### (BODILY INJURY AND PROPERTY DAMAGE)

THE WORDS "AND CAUSED BY ACCIDENT" ARE ELIMINATED FROM COVERAGE A, BODILY INJURY LIABILITY AND COVERAGE Y, CONTRACTUAL BODILY INJURY LIABILITY, AND THE WORDS "CAUSED BY ACCIDENT" ARE ELIMINATED FROM COVERAGE B, PROPERTY DAMAGE LIABILITY AND COVERAGE Z, CONTRACTUAL PROPERTY DAMAGE LIABILITY.

THE WORD "ACCIDENT" WHEREVER IT APPEARS IN OTHER PARTS OF THE POLICY WHEN APPLICABLE TO SUCH COVERAGES IS AMENDED TO READ "OCCURRENCE". THE WORD "OCCURRENCE" MEANS:

(1) AN ACCIDENT, OR

(2) CONTINUOUS OR REPEATED EXPOSURE TO CONDITIONS WHICH RESULT IN BODILY INJURY, SICKNESS, DISEASE, DISABILITY OR MENTAL ANGUISH, INCLUDING DEATH AT ANY TIME RESULTING THEREFROM, OR INJURY TO OR DESTRUCTION OF TANGIBLE PROPERTY, INCLUDING THE LOSS OF USE THEREOF, DURING THE POLICY PERIOD. ALL DAMAGES ARISING OUT OF SUCH EXPOSURE TO SUBSTANTIALLY THE SAME GENERAL CONDITIONS EXISTING AT OR EMANATING FROM EACH PREMISES LOCATION SHALL BE CONSIDERED AS ARISING OUT OF ONE OCCURRENCE.

THE POLICY DOES NOT APPLY TO INJURY CAUSED INTENTIONALLY BY OR AT THE DIRECTION OF THE INSURED.

Changes affecting insurance afforded by The Travelers Insurance Company are executed for that company only. Changes affecting insurance afforded by The Travelers Indemnity Company are executed for that company only.

THE TRAVELERS INSURANCE COMPANY            THE TRAVELERS INDEMNITY COMPANY

_____                    _____
Secretary                                  Secretary

1721A (G)

Countersigned by _____

For Company Use Only | DATE OF EXP. | MORE OF ADJ. | LOCATION OF RISK |

C-444Y PRINTED IN U.S.A. 1263

## AMENDATORY ENDORSEMENT

It is agreed that the policy is amended as follows:

A.  The policy does not apply:

I.  Under any Liability Coverage, to injury, sickness, disease, death or destruction

(a)  with respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(b)  resulting from the hazardous properties of nuclear material and with respect to which (1) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (2) the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

II.  Under any Medical Payments Coverage, or under any Supplementary Payments provision relating to immediate medical or surgical relief, to expenses incurred with respect to bodily injury, sickness, disease or death resulting from the hazardous properties of nuclear material and arising out of the operation of a nuclear facility by any person or organization.

III.  Under any Liability Coverage, to injury, sickness, disease, death or destruction resulting from the hazardous properties of nuclear material, if

(a).  the nuclear material (1) is at any nuclear facility owned by, or operated by or on behalf of, an insured or (2) has been discharged or dispersed therefrom;

(b)  the nuclear material is contained in spent fuel or waste at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

(c)  the injury, sickness, disease, death or destruction arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any nuclear facility, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (c) applies only to injury to or destruction of property at such nuclear facility.

IV.  As used in this endorsement:

"hazardous properties" include radioactive, toxic or explosive properties;

"nuclear material" means source material, special nuclear material or byproduct material;

"source material," "special nuclear material," and "byproduct material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a nuclear reactor;

"waste" means any waste material (1) containing byproduct material and (2) resulting from the operation by any person or organization of any nuclear facility included within the definition of nuclear facility under paragraph (a) or (b) thereof;

"nuclear facility" means

(a)  any nuclear reactor,

**4264A**                    (Continued on reverse side)

*Missing Preceding Page*

(b) any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing spent fuel, or (3) handling, processing or packaging waste,

(c) any equipment or device used for the processing, fabricating or alloying of special nuclear material if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235,

(d) any structure, basin, excavation, premises or place prepared or used for the storage or disposal of waste,

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

With respect to injury to or destruction of property, the word "injury" or "destruction" includes all forms of radioactive contamination of property.

B. Exclusion (i) in the policy is replaced by the following:

(i) under Coverage B, to injury to or destruction of buildings or property therein, wherever occurring, arising out of any of the following causes, if such cause occurs on or from premises owned by or rented to the named insured: (1) the discharge, leakage or overflow of water or steam from plumbing, heating, refrigerating or air-conditioning systems, standpipes for fire hose, or industrial or domestic appliances, or any substance from automatic sprinkler systems, (2) the collapse or fall of tanks or the component parts or supports thereof which form a part of automatic sprinkler systems, or (3) rain or snow admitted directly to the building interior through defective roofs, leaders or spouting, or open or defective doors, windows, skylights, transoms or ventilators; but this exclusion does not apply to loss due to fire, to the use of elevators or escalators or to operations performed by independent contractors;

C. The definition of "remuneration" in the Premium Condition is amended to read:

The word "remuneration" means the entire remuneration earned during the policy period by proprietors and by all employees of the named insured, other than drivers of teams or automobiles and aircraft pilots and co-pilots, subject to any overtime earnings or limitation of remuneration rule applicable in accordance with the manuals in use by the company;

D. The word "operations" as used in the Products Hazard includes any act or omission in connection with operations performed by or on behalf of the named insured on the premises or elsewhere, whether or not goods or products are involved in such operations.

This endorsement is executed by The Travelers Insurance Company as respects insurance afforded by that company only; it is executed by The Travelers Indemnity Company as respects insurance afforded by that company only.

THE TRAVELERS INSURANCE COMPANY                    THE TRAVELERS INDEMNITY COMPANY

4264A                          *Secretary*                                    *Secretary*

C-9603  4-62 PRINTED IN U.S.A. N.Y.