# Exhibit B

The Travelers Indemnity Company



**Policy Jacket—
Edition July 1, 1966**

The enclosed
Declarations and
Coverage Parts
(plus any endorsements)
complete your
policy.

**JOHNSON & HIGGINS**
INSURANCE BROKERS
EMPLOYEE BENEFIT PLAN CONSULTANTS
95 WALL ST., NEW YORK 10005  •  482-2000

Policy Title

Named Insured
and
Address:

Policy Period:

**COMPREHENSIVE AUTOMOBILE—GENERAL LIABILITY POLICY**

BETHLEHEM STEEL CORPORATION
AND/OR ALL CONTRACTORS
AND/OR ALL SUBCONTRACTORS
BETHLEHEM, PA.

# The Travelers Indemnity Company
## Hartford, Connecticut

### (A Stock Insurance Company, Herein Called The Company)

In consideration of the payment of the premium, in reliance upon the statements in the declarations made a part hereof and subject to all of the terms of this policy, agrees with the *named insured* as follows:

# Definitions

When used in this policy (including endorsements forming a part hereof): ♦

**"automobile"** means a land motor vehicle, trailer or semi-trailer designed for travel on public roads (including any machinery or apparatus attached thereto), but does not include *mobile equipment;*

**"bodily injury"** means bodily injury, sickness or disease sustained by any person;

**"completed operations hazard"** includes *bodily injury* and *property damage* arising out of operations or reliance upon a representation or warranty made at any time with respect thereto, but only if the *bodily injury* or *property damage* occurs after such operations have been completed or abandoned and occurs away from premises owned by or rented to the *named insured.* "Operations" include materials, parts or equipment furnished in connection therewith. Operations shall be deemed completed at the earliest of the following times:

(1) when all operations to be performed by or on behalf of the *named insured* under the contract have been completed,

(2) when all operations to be performed by or on behalf of the *named insured* at the site of the operations have been completed, or

(3) when the portion of the work out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Operations which may require further service or maintenance work, or correction, repair or replacement because of any defect or deficiency, but which are otherwise complete, shall be deemed completed.

The *completed operations hazard* does not include *bodily injury* or *property damage* arising out of

(a) operations in connection with the transportation of property, unless the *bodily injury* or *property damage* arises out of a condition in or on a vehicle created by the loading or unloading thereof,

(b) the existence of tools, uninstalled equipment or abandoned or unused materials, or

(c) operations for which the classification stated in the policy or in the company's manual specifies "including completed operations";

**"damages"** includes damages for death and for care and loss of services resulting from *bodily injury* and damages for loss of use of property resulting from *property damage;*

**"elevator"** means any hoisting or lowering device to connect floors or landings, whether or not in service, and all appliances thereof including any car, platform, shaft, hoistway, stairway, runway, power equipment and machinery; but does not include an *automobile* servicing hoist, or a hoist without a platform outside a building if without mechanical power or if not attached to building walls, or a hod or material hoist used in alteration, construction or demolition operations, or an inclined conveyor used exclusively for carrying property or a dumbwaiter used exclusively for carrying property and having a compartment height not exceeding four feet;

**"incidental contract"** means any written (1) lease of premises, (2) easement agreement, except in connection with construction or demolition operations on or adjacent to a railroad, (3) undertaking to indemnify a municipality required by municipal ordinance, except in connection with work for the municipality, (4) sidetrack agreement, or (5) *elevator* maintenance agreement;

**"insured"** means any person or organization qualifying as an insured in the "Persons Insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each *insured* against whom claim is made or suit is brought, except with respect to the limits of the company's liability;

**"mobile equipment"** means a land vehicle (including any machinery or apparatus attached thereto), whether or not self-propelled, (1) not subject to motor vehicle registration, or (2) maintained for use exclusively on premises owned by or rented to the *named insured,* including the ways immediately adjoining, or (3) designed for use principally off public roads, or (4) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-transit type); graders, scrapers, rollers and other road construction or repair equipment; air-compressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment;

**"named insured"** means the person or organization named in Item 1. of the declarations of this policy;

**"named insured's products"** means goods or products manufactured, sold, handled or distributed by the *named insured* or by others trading under his name, including any container thereof (other than a vehicle),

but *"named insured's products"* shall not include a vending machine or any property other than such container, rented to or located for use of others but not sold;

*"occurrence"* means an accident, including injurious exposure to conditions, which results, during the policy period, in *bodily injury* or *property damage* neither expected nor intended from the standpoint of the *insured;*

*"policy territory"* means:

(1) the United States of America, its territories or possessions, or Canada, or

(2) international waters or air space, provided the *bodily injury* or *property damage* does not occur in the course of travel or transportation to or from any other country, state or nation, or

(3) anywhere in the world with respect to *damages* because of *bodily injury* or *property damage* arising out of a product which was sold for use or consumption within the territory described in paragraph (1) above, provided the original suit for such damages is brought within such territory;

*"products hazard"* includes *bodily injury* and *property damage* arising out of the *named insured's products* or reliance upon a representation or warranty made at any time with respect thereto, but only if the *bodily injury* or *property damage* occurs away from premises owned by or rented to the *named insured* and after physical possession of such products has been relinquished to others;

*"property damage"* means injury to or destruction of tangible property.

## Supplementary Payments

The company will pay, in addition to the applicable limit of liability:

(a) all expenses incurred by the company, all costs taxed against the *insured* in any suit defended by the company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the company's liability thereon;

(b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost

of bail bonds required of the *insured* because of accident or traffic law violation arising out of the use of any vehicle to which this policy applies, not to exceed $250 per bail bond, but the company shall have no obligation to apply for or furnish any such bonds;

(c) expenses incurred by the *insured* for first aid to others at the time of an accident, for *bodily injury* to which this policy applies;

(d) reasonable expenses incurred by the *insured* at the company's request, including actual loss of wages or salary (but not loss of other income) not to exceed $25 per day because of his attendance at hearings or trials at such request.

## Nuclear Energy Liability Exclusion (Broad Form)

I. The policy does not apply:

A. Under any Liability Coverage, to *bodily injury* or *property damage*

(1) with respect to which an *insured* under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) resulting from the hazardous properties of nuclear material and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the *insured* is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B. Under any Medical Payments Coverage, or under any Supplementary Payments provision relating to first aid, to expenses incurred with respect to *bodily injury* resulting from the *hazardous properties* of *nuclear material* and arising out of the operation of a *nuclear facility* by any person or organization.

C. Under any Liability Coverage, to *bodily injury* or *property damage* resulting from the *hazardous properties* of *nuclear material*, if

(1) the *nuclear material* (a) is at any *nuclear facility* owned by, or operated by or on behalf of, an *insured* or (b) has been discharged or dispersed therefrom;

(2) the *nuclear material* is contained in *spent fuel* or *waste* at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an *insured;* or

(3) the *bodily injury* or *property damage* arises out of the furnishing

*"nuclear material"* means *source material, special nuclear material* or *byproduct material;*

*"source material", "special nuclear material",* and *"byproduct material"* have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

*"spent fuel"* means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a *nuclear reactor;*

*"waste"* means any waste material (1) containing *byproduct material* and (2) resulting from the operation by any person or organization of any *nuclear facility* included within the definition of *nuclear facility* under paragraph (a) or (b) thereof;

*"nuclear facility"* means

(a) any *nuclear reactor,*

(b) any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing *spent fuel,* or (3) handling, processing or packaging *waste,*

(c) any equipment or device used for the processing, fabricating or alloying of *special nuclear material* if at any time the total amount of such material in the custody of the *insured* at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235,

(d) any structure, basin, excavation, premises or place prepared or used for the storage or disposal of *waste,*

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;



by an *insured* of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any *nuclear facility,* but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to *property damage* to such *nuclear facility* and any property thereat.

II. As used in this exclusion:

*"hazardous properties"* include radioactive, toxic or explosive properties;

*"nuclear reactor"* means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

*"property damage"* includes all forms of radioactive contamination of property.

III. This exclusion modifies the provisions of the policy relating to all Automobile Liability, General Liability and Medical Payments Insurance other than Comprehensive Personal and Farmer's Comprehensive Personal Insurance.

# The Travelers Indemnity Company

### Hartford, Connecticut



| Policy Number | RKSLG-2686701-68 |
|---|---|

## DECLARATIONS

**COMPREHENSIVE AUTOMOBILE—GENERAL LIABILITY POLICY**

**Item 1.** *Named Insured*

Address
(No., street, town, county, state)

BETHLEHEM STEEL CORPORATION
AND/OR ALL CONTRACTORS
AND/OR ALL SUBCONTRACTORS
BETHLEHEM, PA.

**Item 2.** Policy Period: From **APRIL 1 1968** to **APRIL 1 1971** 12:01 A.M.†

**Item 3.**

| Parts | Coverages | | Limits of Liability each person | each occurrence | aggregate | Advance Premium |
|---|---|---|---|---|---|---|
| L1 | Comprehensive General | Bodily Injury Liability | 500M | 1,000M | M | $ |
| | | Property Damage Liability | === | 500M | 500M | $ |
| | Comprehensive Automobile | Bodily Injury Liability | M | M | | $ |
| | | Property Damage Liability | === | M | === | $ |
| L3 | Contractual Liability | Bodily Injury Liability | 500M | 1,000M | === | $ |
| | | Property Damage Liability | === | 50M | 500M | $ |
| | Premises Medical Payments | | $ | each person | | $ |
| | | | $ | M each accident | | |
| | Automobile Medical Payments | | $ | each person | | |
| | Uninsured Motorists (Damages for Bodily Injury) | | $ | M each person | | |
| | | | $ | M each accident | | $ |
| | Automobile Physical Damage | Comprehensive | $ | | | $ |
| | | Collision | ACV Less $ | | Deductible | $ |
| | | Fire, Lightning or Transportation | } | | | $ |
| | | Theft | $ | | | $ |
| | | Combined Additional | | | | $ |
| L15 | PERSONAL INJURY LIABILITY | | | | | $ |
| | | | | | | $ |
| | Symbol numbers of Schedules, Endorsements, and additional Coverage Parts forming a part of this policy on its effective date. | AS PER END. 9380 | | | | $ |
| | | | | | Total Advance Premium | |

The insurance afforded is only with respect to such of the Coverage Parts as are indicated by Symbol Number and the Coverages therein as are indicated by specific premium charge. The limit of the company's liability against each such Coverage shall be as stated herein, subject to all the terms of this policy having reference thereto. In any Limits of Liability space the letter "M" means "Thousands of Dollars" and the letters "ACV" mean "Actual Cash Value".

**Item 4.** (a) The *named insured* is: individual ☒ partnership ☒ corporation ☒ joint venture ☒ other: COVERED
(b) Audit Period: Annual, unless otherwise stated: semi-annual ☐; quarterly ☒ monthly ☐

**Item 5.** During the past three years no insurer has canceled insurance, issued to the *named insured*, similar to that afforded hereunder, unless otherwise stated herein:

**General Liability Coverage Parts**—The declarations are completed on an accompanying schedule designated "General Liability Hazards".
**Automobile Liability Coverage Parts**—The declarations are completed on an accompanying schedule designated "Automobile Liability Hazards".

†Standard time at the address of the *named insured* as stated herein.

Countersigned by _Timothy MacVogan_

Keep this declarations page in your "Policy Jacket—Edition July 1, 1966", Form C-11113. These declarations and all Coverage Parts, Schedules and Endorsements issued to form a part hereof, together with your Policy Jacket, form your complete insurance policy.

C-11115 Edition July 1, 1966 PRINTED IN U.S.A.

Effective from_____at the time of day the policy becomes effective.    Amending Policy No. RKSLG-2686701-68

Issued to_____
Date of Issue:

| FOR CO. USE | OFFICE & CODE | | PROD. CODE | | PROD. | |
|---|---|---|---|---|---|---|
| | POL. EXPIRES | | MODE OF ADJUST. | | LOC. OF RISK | |

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

LIMITATION OF POLICY TO DESIGNATED LOCATION

IT IS AGREED THAT THIS POLICY APPLIES ONLY TO THE PREMISES DESIGNATED BELOW AND TO OPERATIONS NECESSARY OR INCIDENTAL THERETO:

SPARROWS POINT PLANT,    SPARROWS POINT, MARYLAND
SPARROW POINT YARD,    SPARROWS POINT, MARYLAND
KEY HIGHWAY YARD,    BALTIMORE, MARYLAND
FORT MC HENRY YARD,    BALTIMORE, MARYLAND

**This endorsement is executed on the reverse side hereof.**

SYMBOL NO.
8000(B)

DUPLICATE

Effective from_____at the time of day the policy becomes effective.    Amending Policy No. RKSLG-2686701-68

Issued to_____
Date of Issue:

| FOR CO. USE | OFFICE & CODE | | PROD. CODE | | PROD. | |
|---|---|---|---|---|---|---|
| | POL. EXPIRES | | MODE OF ADJUST. | | LOC. OF RISK | |

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

LIMITS OF LIABILITY SPECIFIED IN ITEM 3 OF THE PROPOSAL AND

DECLARATIONS OF THE POLICY AND IN COVERAGE PARTS FORMING A PART

OF THE POLICY SHALL APPLY SEPARATELY TO EACH "NAMED INSURED".

**This endorsement is executed on the reverse side hereof.**

SYMBOL NO.
8000(C)

DUPLICATE

THE TRAVELERS INSURANCE COMPANY     THE TRAVELERS INDEMNITY COMPANY     THE CHARTER OAK FIRE INSURANCE COMPANY

*Secretary*                         *Secretary*                        *Secretary*

C-10747  (Small)  1-66  PRINTED IN U.S.A.     Countersigned by_____

---

THE TRAVELERS INSURANCE COMPANY     THE TRAVELERS INDEMNITY COMPANY     THE CHARTER OAK FIRE INSURANCE COMPANY

*Secretary*                         *Secretary*                        *Secretary*

C-10747  (Small)  1-66  PRINTED IN U.S.A.     Countersigned by_____

DECLARATIONS SCHEDULE—General Liability Hazards    No. 1    Policy No. RKSLG-268670l-6

The letters "MP" wherever used in this schedule shall mean "Premium for Premises Medical Coverage". Inclusion of a premium for Premise Medical Payments Coverage immediately below the Bodily Injury Liability premium for any elevator shall mean that Premises Medical Payment Coverage is afforded with respect to such elevator. In the Rates and Advance Premium columns "BI" means "Bodily Injury Liability" and "PD" means "Property Damage Liability".

Location of all premises owned by, rented to or controlled by the *named insured* (Enter "same" if same location as address shown in Item 1. o declarations):    SEE ENDORSEMENT 8000 (B)

Interest of *named insured* in such premises (Describe interest, such as "owner", "general lessee" or "tenant"):

Part occupied by *named insured:*

Comprehensive General Liability Insurance.    The following discloses all hazards insured hereunder known to exist at the effective date of this policy unless otherwise stated herein:

| Description of Hazards | Code No. | Premium Bases* | Rates BI | Rates PD | Advance Premium BI | Advance Premium PD |
|---|---|---|---|---|---|---|
| A — Premises—Operations<br>B — Elevators<br>C — Independent Contractors<br>D — Completed Operations<br>E — Products | | A — Area (Sq. Ft.)<br>B — Frontage<br>C — Remuneration<br>D — No. Insured<br>E — Cost<br>F — Receipts<br>G — Sales<br>H — Admissions | A —Per 100 Sq.Ft. of Area<br>B —Per Linear Foot<br>C —Per $100 of Remuneration<br>D —Per Elevator<br>E —Per $100 of Cost<br>F —Per $1000 of Receipts<br>G —Per $1000 of Sales<br>H —Per 100 Admissions | | | |
| A, B AND C | | | | | | |

| Minimum Premiums | Premises—Operations BI | Premises—Operations PD | Independent Contractors BI | Independent Contractors PD | Products BI | Products PD |
|---|---|---|---|---|---|---|
| | | | | | | |

C-11168  7-66 PRINTED IN U.S.A.  (Use with Cov. Parts L1, 9, 10, 11, 13, 14, 25)   467    *See over for Description of Premium Bases    880

## DESCRIPTION OF TERMS USED AS PREMIUM BASES:

When used as a premium basis:

1. "remuneration" means the entire remuneration earned during the policy period by proprietors and by all employees of the named insured, other than chauffeurs (except operators of mobile equipment) and aircraft pilots and co-pilots, subject to any overtime earnings or limitation of remuneration rule applicable in accordance with the manuals in use by the company;

2. "cost" means the total cost to the named insured with respect to operations performed for the named insured during the policy period by independent contractors of all work let or sub-let in connection with each specific project, including the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the owner, contractor or subcontractor, including all fees, allowances, bonuses or commissions made, paid or due;

3. "receipts" means the gross amount of money charged by the named insured for such operations by the named insured or by others during the policy period as are rated on a receipts basis other than receipts from telecasting, broadcasting or motion pictures, and includes taxes, other than taxes which the named insured collects as a separate item and remits directly to a governmental division;

4. "sales" means the gross amount of money charged by the named insured or by others trading under his name for all goods and products sold or distributed during the policy period and charged during the policy period for installation, servicing or repair, and includes taxes, other than taxes which the named insured and such others collect as a separate item and remit directly to a governmental division;

5. "admissions" means the total number of persons, other than employees of the named insured, admitted to the event insured or to events conducted on the premises whether on paid admission tickets, complimentary tickets or passes.

C-11168  (BACK)

# COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART

I. Coverage A—Bodily Injury Liability

Coverage B—Property Damage Liability

The company will pay on behalf of the *insured* all sums which the *insured* shall become legally obligated to pay as *damages* because of

Coverage A. *bodily injury* or

Coverage B. *property damage*

to which this insurance applies, caused by an *occurrence*, and the company shall have the right and duty to defend any suit against the *insured* seeking *damages* on account of such *bodily injury* or *property damage*, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

## Exclusions

This insurance does not apply:

(a) to liability assumed by the *insured* under any contract or agreement except an *incidental contract;* but this exclusion does not apply to a warranty of fitness or quality of the *named insured's products* or a warranty that work performed by or on behalf of the *named insured* will be done in a workmanlike manner;

(b) to *bodily injury* or *property damage* arising out of the ownership, maintenance, operation, use, loading or unloading of

    (1) any *automobile* or aircraft owned or operated by or rented or loaned to the *named insured*, or

    (2) any other *automobile* or aircraft operated by any person in the course of his employment by the *named insured;* but this exclusion does not apply to the parking of an *automobile* on premises owned by, rented to or controlled by the *named insured* or the ways immediately adjoining, if such *automobile* is not owned by or rented or loaned to the *named insured;*

(c) to *bodily injury* or *property damage* arising out of and in the course of the transportation of *mobile equipment* by an *automobile* owned or operated by or rented or loaned to the *named insured;*

(d) to *bodily injury* or *property damage* arising out of the ownership, maintenance, operation, use, loading or unloading of any *watercraft*, if the *bodily injury* or *property damage* occurs away from premises owned by, rented to or controlled by the *named insured;* but this exclusion does not apply to *bodily injury* or *property damage* included within the *products hazard* or the *completed operations hazard* or resulting from operations performed for the *named insured* by independent contractors or to liability assumed by the *insured* under an *incidental contract;*

(e) to *bodily injury* or *property damage* due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to

    (1) liability assumed by the *insured* under an *incidental contract*, or

    (2) expenses for first aid under the Supplementary Payments provision;

(f) to *bodily injury* or *property damage* for which the *insured* or his indemnitee may be held liable, as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or as an owner or lessor of premises used for such purposes, by reason of the selling, serving or giving of any alcoholic beverage

    (1) in violation of any statute, ordinance or regulation,

    (2) to a minor,

    (3) to a person under the influence of alcohol, or

    (4) which causes or contributes to the intoxication of any person;

(g) to any obligation for which the *insured* or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(h) to *bodily injury* to any employee of the *insured* arising out of and in the course of his employment by the *insured;* but this exclusion does not apply to liability assumed by the *insured* under an *incidental contract;*

(i) to *property damage* to
    (1) property owned or occupied by or rented to the *insured*,

    (2) property used by the *insured*, or

    (3) property in the care, custody or control of the *insured* or as to which the *insured* is for any purpose exercising physical control;

but parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to *property damage* (other than to *elevators*) arising out of the use of an *elevator* at premises owned by, rented to or controlled by the *named insured;*

(j) to *property damage* to premises alienated by the *named insured* arising out of such premises or any part thereof;

(k) to *bodily injury* or *property damage* resulting from the failure of the *named insured's products* or work completed by or for the *named insured* to perform the function or serve the purpose intended by the *named insured*, if such failure is due to a mistake or deficiency in any design, formula, plan, specifications, advertising material or printed instructions prepared or developed by any *insured;* but this exclusion does not apply to *bodily injury* or *property damage* resulting from the active malfunctioning of such products or work;

(l) to *property damage* to the *named insured's products* arising out of such products or any part of such products;

(m) to *property damage* to work performed by or on behalf of the *named insured* arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(n) to *damages* claimed for the withdrawal, inspection, repair, replacement, or loss of use of the *named insured's products* or work completed by or for the *named insured* or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein.

## II. Persons Insured

Each of the following is an *insured* under this insurance to the extent set forth below:

(a) if the *named insured* is designated in the declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor;

(*Continued on page 2*)    L 1

DUPLICATE

(b) if the *named insured* is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the *named insured* is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such;

(d) any person (other than an employee of the *named insured*) or organization while acting as real estate manager for the *named insured;* and

(e) with respect to the operation, for the purpose of locomotion upon a public highway, of *mobile equipment* registered under any motor vehicle registration law,

   (i) an employee of the *named insured* while operating any such equipment in the course of his employment, and

   (ii) any other person while operating with the permission of the *named insured* any such equipment registered in the name of the *named insured* and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;

   provided that no person or organization shall be an *insured* under this paragraph (e) with respect to:

   (1) *bodily injury* to any fellow employee of such person injured in the course of his employment, or

   (2) *property damage* to property owned by, rented to, in charge of or occupied by the *named insured* or the employer of any person described in subparagraph (ii).

This insurance does not apply to *bodily injury* or *property damage* arising out of the conduct of any partnership or joint venture of which the *insured* is a partner or member and which is not designated in this policy as a *named insured*.

### III. Limits of Liability

Regardless of the number of (1) *insureds* under this policy, (2) persons or organizations who sustain *bodily injury* or *property damage*, or (3) claims made or suits brought on account of *bodily injury* or *property damage*, the company's liability is limited as follows:

Coverage A—The limit of *bodily injury* liability stated in the declarations as applicable to "each person" is the limit of the company's liability for all *damages* because of *bodily injury* sustained by one person as the result of any one *occurrence;* but subject to the above provision respecting "each person", the total liability of the company for all *damages* because of *bodily injury* sustained by two or more persons as the result of any one *occurrence* shall not exceed the limit of *bodily injury* liability stated in the declarations as applicable to "each *occurrence*".

Subject to the above provisions respecting "each person" and "each *occurrence*", the total liability of the company for all *damages* because of (1) all *bodily injury* included within the *completed operations hazard* and (2) all *bodily injury* included within the *products hazard* shall not exceed the limit of *bodily injury* liability stated in the declarations as "aggregate".

Coverage B—The total liability of the company for all *damages* because of all *property damage* sustained by one or more persons or organizations as the result of any one *occurrence* shall not exceed the limit of *property damage* liability stated in the declarations as applicable to "each *occurrence*".

Subject to the above provision respecting "each *occurrence*", the total liability of the company for all *damages* because of all *property damage* to which this coverage applies and described in any of the numbered subparagraphs below shall not exceed the limit of *property damage* liability stated in the declarations as "aggregate":

   (1) all *property damage* arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including *property damage* for which liability is assumed under any *incidental contract* relating to such premises or operations, but excluding *property damage* included in subparagraph (2) below;

   (2) all *property damage* arising out of and occurring in the course of operations performed for the *named insured* by independent contractors and general supervision thereof by the *named insured*, including any such *property damage* for which liability is assumed under any *incidental contract* relating to such operations, but this subparagraph (2) does not include *property damage* arising out of maintenance or repairs at premises owned by or rented to the *named insured* or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

   (3) all *property damage* included within the *products hazard* and all *property damage* included within the *completed operations hazard*.

Such aggregate limit shall apply separately to the *property damage* described in subparagraphs (1), (2) and (3), above, and under subparagraphs (1) and (2), separately with respect to each project away from premises owned by or rented to the *named insured*.

Coverages A and B—For the purpose of determining the limit of the company's liability, all *bodily injury* and *property damage* arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one *occurrence*.

### IV. Policy Period; Territory

This insurance applies only to *bodily injury* or *property damage* which occurs during the policy period within the *policy territory*.

C-11139  Edition July 1, 1966  PRINTED IN U.S.A.  N.S. (CGL)

L 1



DUPLICATE

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE

MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE

CONTRACTUAL LIABILITY INSURANCE

## BROAD FORM PROPERTY DAMAGE

It is agreed that Exclusion (i) of the Liability Insurance other than the Contractual Liability Insurance and Exclusion (f) of the Contractual Liability Insurance are replaced by the following:

To *property damage*

1. to property owned or occupied by or rented to the *insured*, or held by the *insured* for sale or entrusted to the *insured* for storage or safekeeping,

2. except with respect to liability under a written sidetrack agreement or the use of *elevators* to

   a. property while on premises owned by or rented to the *insured* for the purpose of having operations performed on such property by or on behalf of the *insured*,

   b. tools or equipment while being used by the *insured* in performing his operations,

   c. property in the custody of the *insured* which is to be installed, erected or used in construction by the *insured*,

   d. that particular part of any property, not on premises owned by or rented to the *insured*,

     (1) upon which operations are being performed by or on behalf of the *insured* at the time of *property damage* thereto arising out of such operations, or

     (2) out of which any *property damage* arises, or

     (3) the restoration, repair or replacement of which has been made or is necessary by reason of faulty workmanship thereon by or on behalf of the *insured*,

     but parts (1), (2) and (3) of this exclusion do not apply (a) to the *named insured's products* where the *insured* has relinquished physical possession of such products to others, or (b) where the *property damage* arises out of the *completed operations hazard*,

   e. property which is being transported by the *insured* by *automobile, mobile equipment* or team, including the loading or unloading thereof.

Amending Policy No. BNSL6-2605701-63

THE TRAVELERS INDEMNITY COMPANY

*Secretary*

THE CHARTER OAK FIRE INSURANCE COMPANY

*Secretary*

C-11803 3-67 PRINTED IN U.S.A.

9680

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
COMPREHENSIVE GENERAL LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE

EXCLUSION
(Completed Operations Hazard and Products Hazard)

It is agreed that such insurance as is afforded by the Bodily Injury Liability Coverage and the Property Damage Liability Coverage does not apply to *bodily injury* or *property damage* included within the *Completed Operations Hazard* or the *Products Hazard.*

THE TRAVELERS INDEMNITY COMPANY

*Secretary*

THE CHARTER OAK FIRE INSURANCE COMPANY

*Secretary*

11900

C-11923  4-67  PRINTED IN U.S.A.

## CONTRACTUAL LIABILITY INSURANCE COVERAGE PART

### (Designated Contracts Only)

DECLARATIONS SCHEDULE                                          Forming part of Policy No. RKSLG-2686701-68

| No. | Designation of Contracts | Code | Premium Bases | Rates | | Advance Premium | |
|-----|--------------------------|------|---------------|-------|------|-----------------|------|
| | | | | B.I. | P.D. | B.I. | P.D. |
| | | | (a) Number (b) Cost | (a) Per Contract (b) Per $100 of Cost | | | |
| (1) | ALL WRITTEN CONTRACTS OR AGREEMENTS | | | | | | |
| | | | | | | Total | |

**I. Coverage Y—Contractual Bodily Injury Liability**

**Coverage Z—Contractual Property Damage Liability**

The company will pay on behalf of the *insured* all sums which the *insured*, by reason of *contractual liability* assumed by him under a contract designated in the schedule for this insurance, shall become legally obligated to pay as *damages* because of

Coverage Y. *bodily injury* or

Coverage Z. *property damage*

to which this insurance applies, caused by an *occurrence*, and the company shall have the right and duty to defend any *suit* against the *insured* seeking *damages* on account of such *bodily injury* or *property damage*, even if any of the allegations of the *suit* are groundless, false or fraudulent, and may make such investigation and settlement of any claim or *suit* as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any *suit* after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

(Continued on Page 2)

L 3

## Exclusions

This insurance does not apply:

(a) if the *insured* or his indemnitee is an architect, engineer or surveyor, to *bodily injury* or *property damage* arising out of professional services performed by such *insured* or indemnitee, including
  (1) the preparation or approval of maps, plans, opinions, reports, surveys, designs or specifications and
  (2) supervisory, inspection or engineering services;

(b) to *bodily injury* or *property damage* due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing;

(c) to *bodily injury* or *property damage* for which the indemnitee may be held liable, as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or as an owner or lessor of premises used for such purposes, by reason of the selling, serving or giving of any alcoholic beverage (1) in violation of any statute, ordinance or regulation, (2) to a minor, (3) to a person under the influence of alcohol, or (4) which causes or contributes to the intoxication of any person;

(d) to any obligation for which the *insured* or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(e) to any obligation for which the *insured* may be held liable in an action on a contract by a third party beneficiary for *bodily injury* or *property damage* arising out of a project for a public authority; but this exclusion does not apply to an action by the public authority or any other person or organization engaged in the project;

(f) to *property damage* to
  (1) property owned or occupied by or rented to the *insured*,
  (2) property used by the *insured*, or
  (3) property in the care, custody or control of the *insured* or as to which the *insured* is for any purpose exercising physical control;

(g) to *property damage* to premises alienated by the *named insured* arising out of such premises or any part thereof;

(h) to *bodily injury* or *property damage* resulting from the failure of the *named insured's products* or work completed by or for the *named insured* to perform the function or serve the purpose intended by the *named insured*, if such failure is due to a mistake or deficiency in any design, formula, plan, specifications, advertising material or printed instructions prepared or developed by any *insured*; but this exclusion does not apply to *bodily injury* or *property damage* resulting from the active malfunctioning of such products or work;

(i) to *property damage* to the *named insured's products* arising out of such products or any part of such products;

(j) to *property damage* to work performed by or on behalf of the *named insured* arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(k) to *damages* claimed for the withdrawal, inspection, repair, replacement, or loss of use of the *named insured's products* or work completed by or for the *named insured* or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein.

## II. Persons Insured

Each of the following is an *insured* under this insurance to the extent set forth below:

(a) if the *named insured* is designated in the declarations as an individual, the person so designated;

(b) if the *named insured* is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the *named insured* is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such.

## III. Limits of Liability

Regardless of the number of (1) *insureds* under this policy, (2) persons or organizations who sustain *bodily injury* or *property damage*, or (3) claims made or *suits* brought on account of *bodily injury* or *property damage*, the company's liability is limited as follows:

**Coverage Y**—The limit of *bodily injury* liability stated in the declarations as applicable to "each person" is the limit of the company's liability for all *damages* because of *bodily injury* sustained by one person as the result of any one *occurrence*; but subject to the above provision respecting "each person", the total liability of the company for all *damages* because of *bodily injury* sustained by two or more persons as the result of any one *occurrence* shall not exceed the limit of *bodily injury* liability stated in the declarations as applicable to "each *occurrence*".

**Coverage Z**—The total liability of the company for all *damages* because of all *property damage* sustained by one or more persons or organizations as the result of any one *occurrence* shall not exceed the limit of *property damage* liability stated in the declarations as applicable to "each *occurrence*".

Subject to the above provision respecting "each *occurrence*", the total liability of the company for all *damages* because of all *property damage* to which this coverage applies shall not exceed the limit of *property damage* liability stated in the declarations as "aggregate". Such aggregate limit of liability applies separately with respect to each project away from premises owned by or rented to the *named insured*.

**Coverages Y and Z**—For the purpose of determining the limit of the company's liability, all *bodily injury* and *property damage* arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one *occurrence*.

## IV. Additional Condition

When used in reference to this insurance (including endorsements forming a part of the policy):

"contractual liability" means liability expressly assumed under a written contract or agreement; provided, however, that *contractual liability* shall not be construed as including liability under a warranty of the fitness or quality of the *named insured's products* or a warranty that work performed by or on behalf of the *named insured* will be done in a workmanlike manner;

"suit" includes an arbitration proceeding to which the *insured* is required to submit or to which the *insured* has submitted with the company's consent.

## V. Policy Period; Territory

This insurance applies only to *bodily injury* or *property damage* which occurs during the policy period within the *policy territory*.

## VI. Additional Condition

### Arbitration

The company shall be entitled to exercise all of the *insured's* rights in the choice of arbitrators and in the conduct of any arbitration proceeding.

---

### Description of Term Used As Premium Base:

When used as a premium basis, "cost" means the total cost to any indemnitee with respect to any contract which is insured of all work let or sub-let in connection with each specific project, including the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the owner, contractor or the subcontractor, including all fees, allowances, bonuses or commissions made, paid or due.

C-11152   Edition July 1, 1966  PRINTED IN U.S.A.  N.S. (K)

L 3

## PERSONAL INJURY LIABILITY INSURANCE COVERAGE PART

ADDITIONAL DECLARATIONS _____ Forming part of Policy No. _____

| Coverage | Limits of Liability |
|---|---|
| P.  Personal Injury Liability<br><br>The insurance afforded is only with respect to *personal injury* arising out of an offense included within such of the following groups of offenses as are indicated by specific premium charge or charges. | $ 500,000 each person aggregate<br>$ 1,000,000 general aggregate<br>Insured's Participation _____% |
| | Advance Premium |
| **Groups of Offenses**<br>A.  False Arrest, Detention or Imprisonment, or Malicious Prosecution<br>B.  Libel, Slander, Defamation or Violation of Right of Privacy<br>C.  Wrongful Entry or Eviction or Other Invasion of Right of Private Occupancy | $<br>$<br>$ |

Minimum Premium $ _____    Total Advance Premium $ _____

The premium stated in the declarations is an estimated premium only. Upon termination of this policy, the earned premium for each group of offenses for which insurance is afforded shall be the following percentages of the basic limits "Owners', Landlords' and Tenants' " and "Manufacturers' and Contractors' " earned bodily injury liability premium.

Group A _____%
Group B _____%
Group C _____%

The premium developed as per above shall be subject to an increased limits of liability factor of _____

### I. Coverage P—Personal Injury Liability

The company will pay on behalf of the *insured* all sums which the *insured* shall become legally obligated to pay as *damages* because of injury (herein called "*personal injury*") sustained by any person or organization and arising out of one or more of the following offenses committed in the conduct of the *named insured*'s business:

Group A—false arrest, detention or imprisonment, or malicious prosecution;

Group B—the publication or utterance of a libel or slander or of other defamatory or disparaging material, or a publication or utterance in violation of an individual's right of privacy; except publications or utterances in the course of or related to advertising, broadcasting or telecasting activities conducted by or on behalf of the *named insured;*

Group C—wrongful entry or eviction, or other invasion of the right of private occupancy;

if such offense is committed during the policy period within the United States of America, its territories or possessions, or Canada, and the company shall have the right and duty to defend any suit against the *insured* seeking *damages* on account of such *personal injury* even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

### Exclusions

This insurance does not apply:

(a) to liability assumed by the *insured* under any contract or agreement;

(b) to *personal injury* arising out of the wilful violation of a penal statute or ordinance committed by or with the knowledge or consent of any *insured;*

(c) to *personal injury* sustained by any person as a result of an offense directly or indirectly related to the employment of such person by the *named insured;*

(d) to *personal injury* arising out of any publication or utterance described in Group B, if the first injurious publication or utterance of the same or similar material by or on behalf of the *named insured* was made prior to the effective date of this insurance;

(e) to *personal injury* arising out of a publication or utterance described in Group B concerning any organization or business enterprise, or its products or services, made by or at the direction of any *insured* with knowledge of the falsity thereof.

### II. Persons Insured

Each of the following is an *insured* under this insurance to the extent set forth below:

(a) if the *named insured* is designated in the declarations as an individual, the person so designated;

(b) if the *named insured* is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the *named insured* is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such.

This insurance does not apply to *personal injury* arising out of the conduct of any partnership or joint venture of which the *insured* is a partner or member and which is not designated in this policy as a *named insured.*

### III. Limits of Liability—Insured's Participation

Regardless of the number of (1) *insureds* under this policy, (2) persons or organizations who sustain *personal injury*, or (3) claims made or suits brought on account of *personal injury*, the total liability of the company for all *damages* because of all *personal injury* to which this coverage applies, sustained by any one person or organization, shall not exceed the limit of *personal injury* liability stated in the declarations as "each person aggregate".

Subject to the above provision respecting "each person aggregate", the total limit of the company's liability under this coverage for all *damages* shall not exceed the limit of *personal injury* liability stated in the declarations as "general aggregate".

If a participation percentage is stated in the schedule for the *insured*, the company shall not be liable for a greater proportion of any loss than the difference between such percentage and one hundred percent and the balance of the loss shall be borne by the *insured;* provided, the company may pay the *insured's* portion of a loss to effect settlement of the loss, and, upon notification of the action taken, the *named insured* shall promptly reimburse the company therefor.

### IV. Amended Definition

When used in reference to this insurance:

"damages" means only those damages which are payable because of *personal injury* arising out of an offense to which this insurance applies.

C-11935  Edition July 1, 1966 Rev. 4-1-1967  PRINTED IN U.S.A.  N.S. (PI)

L 15A

Effective from _____ at the time of day the policy becomes effective.    Amending Policy No. _____

Issued to _____

Date of Issue: _____

| | OFFICE & CODE | | PROD. CODE | | PROD. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FOR CO. USE | POL. EXPIRES | | MODE OF ADJUST. | | LOC. OF RISK | | | | | | |

(The information provided for above, except the policy number, is required to be stated only when this endorsement is issued for attachment to the policy subsequent to its effective date.)

It is agreed that as of the effective date hereof the policy is amended in the following particulars:

APR 1 1965 TO COMPLETION OF PROJECT

This endorsement is executed on the reverse side hereof.

THE TRAVELERS INSURANCE COMPANY

_Secretary_

C-10747  (Large)  2-65  PRINTED IN U.S.A.

THE TRAVELERS INDEMNITY COMPANY

_Secretary_

Countersigned by

THE CHARTER OAK FIRE INSURANCE COMPANY

_Secretary_

# Conditions

1. **Premium.** All premiums for this policy shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums applicable to the insurance afforded herein.

Premium designated in this policy as "advance premium" is a deposit premium only which shall be credited to the amount of the earned premium due at the end of the policy period. At the close of each period (or part thereof terminating with the end of the policy period) designated in the declarations as the audit period the earned premium shall be computed for such period and, upon notice thereof to the *named insured*, shall become due and payable. If the total earned premium for the policy period is less than the premium previously paid, the company shall return to the *named insured* the unearned portion paid by the *named insured*.

The *named insured* shall maintain records of such information as is necessary for premium computation, and shall send copies of such records to the company at the end of the policy period and at such times during the policy period as the company may direct.

2. **Inspection and Audit.** The company shall be permitted but not obligated to inspect the *named insured's* property and operations at any time. Neither the company's right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking, on behalf of or for the benefit of the *named insured* or others, to determine or warrant that such property or operations are safe.

The company may examine and audit the *named insured's* books and records at any time during the policy period and extensions thereof and within three years after the final termination of this policy, as far as they relate to the subject matter of this insurance.

3. **Financial Responsibility Laws.** When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, such insurance as is afforded by this policy for *bodily injury* liability or for *property damage* liability shall comply with the provisions of such law to the extent of the coverage and limits of liability required by such law. The *insured* agrees to reimburse the company for any payment made by the company which it would not have been obligated to make under the terms of this policy except for the agreement contained in this paragraph.

4. **Insured's Duties in the Event of Occurrence, Claim or Suit.**

   (a) In the event of an *occurrence*, written notice containing particulars sufficient to identify the *insured* and also reasonably obtainable information with respect to the time, place and circumstances thereof, and the names and addresses of the injured and of available witnesses, shall be given by or for the *insured* to the company or any of its authorized agents as soon as practicable. The *named insured* shall promptly take at his expense all reasonable steps to prevent other *bodily injury* or *property damage* from arising out of the same or similar conditions, but such expense shall not be recoverable under this policy.

   (b) If claim is made or suit is brought against the *insured*, the *insured* shall immediately forward to the company every demand, notice, summons or other process received by him or his representative.

   (c) The *insured* shall cooperate with the company and, upon the company's request, assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the *insured* because of *bodily injury* or *property damage* with respect to which insurance is afforded under this policy; and the *insured* shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses. The *insured* shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of accident.

5. **Action Against Company.** No action shall lie against the company unless, as a condition precedent thereto, there shall have been full compliance with all of the terms of this policy, nor until the amount of the *insured's* obligation to pay shall have been finally determined either by judgment against the *insured* after actual trial or by written agreement of the *insured*, the claimant and the company.

Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. No person or organization shall have any right under this policy to join the company as a party to any action against the *insured* to determine the *insured's* liability, nor shall the company be impleaded by the *insured* or his legal representative. Bankruptcy or insolvency of the *insured* or of the *insured's* estate shall not relieve the company of any of its obligations hereunder.

6. **Other Insurance.** The insurance afforded by this policy is primary insurance, except when stated to apply in excess of or contingent upon the absence of other insurance. When this insurance is primary and the *insured* has other insurance which is stated to be applicable to the loss on an excess or contingent basis, the amount of the company's liability under this policy shall not be reduced by the existence of such other insurance.

When both this insurance and other insurance apply to the loss on the same basis, whether primary, excess or contingent, the company shall not be liable under this policy for a greater proportion of the loss than that stated in the applicable contribution provision below:

   (a) **Contribution by Equal Shares.** If all of such other valid and collectible insurance provides for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than would be payable if each insurer contributes an equal share until the share of each insurer equals the lowest applicable limit of liability under any one policy or the full amount of the loss is paid, and with respect to any amount of loss not so paid the remaining insurers then continue to contribute equal shares of the remaining amount of the loss until each such insurer has paid its limit in full or the full amount of the loss is paid.

   (b) **Contribution by Limits.** If any of such other insurance does not provide for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than the applicable limit of liability under this policy for such loss bears to the total applicable limit of liability of all valid and collectible insurance against such loss.

7. **Subrogation.** In the event of any payment under this policy, the company shall be subrogated to all the *insured's* rights of recovery therefor against any person or organization and the *insured* shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The *insured* shall do nothing after loss to prejudice such rights.

8. **Changes.** Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy or estop the company from asserting any right under the terms of this policy; nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy, signed by the President, a Vice President, Secretary or Assistant Secretary of the company; provided, however, changes may be made in the written portion of the declarations by a manager or general agent of the company when initialed by such manager or general agent.

9. **Assignment.** Assignment of interest under this policy shall not bind the company until its consent is endorsed hereon; if, however, the *named insured* shall die, such insurance as is afforded by this policy shall apply (1) to the *named insured's* legal representative, as the *named insured*, but only while acting within the scope of his duties as such, and (2) with respect to the property of the *named insured*, to the person having proper temporary custody thereof, as *insured*, but only until the appointment and qualification of the legal representative.

10. **Three Year Policy.** If this policy is issued for a period of three years, the limits of the company's liability shall apply separately to each consecutive annual period thereof.

11. **Cancellation.** This policy may be canceled by the *named insured* by mailing to the company written notice stating when thereafter the cancellation shall be effective. This policy may be canceled by the company by mailing to the *named insured* at the address shown in this policy, written notice stating when not less than ten days thereafter such cancellation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The effective date and hour of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the *named insured* or by the company shall be equivalent to mailing.

If the *named insured* cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancellation is effected or as soon as practicable after cancellation becomes effective, but payment or tender of unearned premium is not a condition of cancellation.

12. **Declarations.** By acceptance of this policy, the *named insured* agrees that the statements in the declarations are his agreements and representations, that this policy is issued in reliance upon the truth of such representations and that this policy embodies all agreements existing between himself and the company or any of its agents relating to this insurance.

(continued on Page 3)

**New York Special Provision**—If a Comprehensive Automobile Liability Insurance, Garage Insurance or Automobile Medical Payments Insurance Coverage Part forming a part of this policy insures premises located or *automobiles* principally garaged in New York, the Nuclear Energy Liability Exclusion (Broad Form) does not apply to such premises or *automobiles*.

**Puerto Rico Special Provision**—It is agreed that the Action Against Company Condition applicable to any liability coverage afforded by the policy with respect to *occurrences* which take place in Puerto Rico is amended to read:

No action shall lie against the company unless as a condition precedent thereto, the *insured* shall have fully complied with all the terms of this policy.

**South Carolina Special Provision**—If a Comprehensive General Liability, Manufacturers' and Contractors' Liability, Owners', Landlords' and Tenants' Liability, Completed Operations and Products Liability, Contractual Liability, Premises Medical Payments or Garage Insurance Coverage Part forming a part of this policy insures premises located in South Carolina, it is agreed that with respect to such insurance that part of the alcoholic beverage exclusion which relates to the selling, serving or giving of any alcoholic beverage (a) to a person under the influence of alcohol or (b) which causes or contributes to the intoxication of any person, is deleted.

**Vermont Special Provision**—If this policy affords a Liability Coverage with respect to a premises located or an *automobile* principally garaged in Vermont, it is agreed that the policy is amended in the following particulars with respect to such Coverage:

The Policy, including this endorsement, is issued and delivered subject to the Laws of Vermont and particularly to Section 9242, Chapter 391 "The Vermont Statutes, Revision of 1947," including the following statutory requirements forming a part of such Laws:

The company shall pay and satisfy any judgment that may be recovered against the *insured* upon any claim covered by this Policy to the extent and within the limits of liability assumed thereby, and shall protect the *insured* against the levy of any execution issued upon any such judicial judgment or claim against the *insured*. No limitation of liability in this Policy shall be valid if, after a judgment has been rendered against the *insured* in respect to his legal liability for damages in a particular instance, the company continues the litigation by an appeal or otherwise, unless the *insured* shall stipulate with the company, agreeing to continue such litigation.

No action shall lie against the company to recover for any loss under this Policy, unless brought within one year after the amount of such loss is made certain either by judgment against the *insured* after final determination of the litigation or by agreement between the parties with the written consent of the company.

The insolvency or bankruptcy of the *insured* shall not release the company from the payment of *damages* for injury sustained or loss occasioned during the life of the Policy, and in case of such insolvency or bankruptcy an action may be maintained by the injured person or claimant against the company under the terms of the Policy for the amount of any judgment obtained against the *insured* not exceeding the limits of the Policy.

Payment of any judicial judgment or claim by the *insured* for any of the company's liability hereunder shall not bar the *insured* from any action or right of action against the company. In case of payment of loss or expense under this Policy, the company shall be subrogated to all rights of the *insured* against any party, as respects such loss or expense, to the amount of such payment, and the *insured* shall execute all papers required and shall cooperate with the company to secure to the company such rights.

In witness whereof, THE TRAVELERS INDEMNITY COMPANY has caused this policy to be signed by its President and Secretary at Hartford, Connecticut, and countersigned on the declarations page by a duly authorized agent of the company.

*Secretary*

*President*

C-11113  Edition July 1, 1966  PRINTED IN U.S.A.  N.S.  (GA)