## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Porter-Hayden Company, et al.
                    Plaintiff(s)

                                              VS.                    Case No: 1:26-cv-02052-MJM

The Travelers Indemnity Company
                    Defendant(s)

### AFFIDAVIT OF SERVICE

I, Keith Niziankiewicz, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Complaint with Exhibits, and Civil Cover Sheet in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 6/12/2026 at 12:16 PM, I served The Travelers Indemnity Company, c/o Craig P. Johnson at One Tower Square, Hartford, Connecticut 06183 with the Summons, Complaint with Exhibits, and Civil Cover Sheet by serving Laurie LaBel, Paralegal, authorized to accept service.

Laurie LaBel is described herein as:

Gender:  Female    Ethnicity:  Caucasian    Age:  53    Weight:  130    Height:  5'7"    Hair:  Blonde

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 06/12/2026

Keith Niziankiewicz

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667-0050

Client Ref Number: 104462.00001
Job #:16110606

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland   ▼

| | |
|---|---|
| Porter-Hayden Company and Gardner Duvall, in his Capacity as Trustee for the Porter Hayden Bodily Injury Trust | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| The Traveler's Indemnity Company | ) ) ) |
| | ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   1:26-cv-2052  -MJM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Traveler's Indemnity Company
One Tower Square
Hartford, Connecticut 06183

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Albert J. Mezzanotte, Jr.
C. Andrew Barnes
7 Saint Paul Street, Suite 1500
Baltimore, Maryland 21202
amezzanotte@whitefordlaw.com
anbarnes@whitefordlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   05/26/2026

_____
*Signature of Clerk or Deputy Clerk*